**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TAPESTRY MANAGEMENT SERVICES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11777 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance in the above-captioned cases as counsel for the Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

GREENBERG TRAURIG, LLP
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com

GREENBERG TRAURIG, LLP
John D. Elrod (GA Bar No. 246604)
3333 Piedmont Road, NE
Terminus 200, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Email: ElrodJ@gtlaw.com

GREENBERG TRAURIG, P.A.
Ari Newman (FL Bar No. 56575)
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Email: newmanar@gtlaw.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tapestry Management Services, Inc. (9744), Tapestry Pharmacy Consulting LLC (2776), Chess Medical, P.C. (4399), Chess Medicine PLLC (2119), Emerald Fern Wellness PC (8794), Tapestry Health PLLC (2498), Tapestry Medical, P.C. (9757), Tapestry Medicine PLLC (1329), Tapestry TeleHealth PLLC (2399), Topaz Bay Senior Health PC (2183) and Rosewood Hills Healthcare PC (1207). The location of the Debtors' service address is: 99 Hawley Lane, Suite 1102, Stratford, CT 06614.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: November 24, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com

-and-

John D. Elrod (GA Bar No. 246604)
3333 Piedmont Road, NE
Terminus 200, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Email: ElrodJ@gtlaw.com

-and-

Ari Newman (FL Bar No. 56575)
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Email: newmanar@gtlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*